UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

VICTORIA DIVISION

United States Courts
Southern District of Texas
FILED

FEB 23 2021

Nathan Ochsner
Clerk of Court

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NUMBER |
| | § | |
| JUSTIN LEE PENA | § | V-21-040 |
| MICHAEL ANTHONY PACHECO | § | |
| ISAAC SANCHEZ | § | |
| LUIS ENRIQUE TORRES | § | SEALED |
| ALFONSO CANO, JR | § | |
| JASON SULLIVAN EDWARDS | § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

Between on or about March 27, 2019 through on or about October 26, 2020, in the Victoria Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

JUSTIN LEE PENA,
MICHAEL ANTHONY PACHECO,
ISAAC SANCHEZ,
LUIS ENRIQUE TORRES,
ALFONSO CANO, JR,
and JASON SULLIVAN EDWARDS,

did knowingly and intentionally conspire together with each other, and with persons known and unknown to the Grand Jury, to possess with intent to distribute more than five hundred (500) grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(B).

A TRUE BILL:
<u>ORIGINAL SIGNATURE ON FILE</u>
FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
UNITED STATES ATTORNEY

By: *[signature]*
PATTI HUBERT BOOTH
Assistant United States Attorney